RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/30/11
BY____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

BENNIE L. SMITH

CIVIL ACTION NO. 10-cv-199

VERSUS

JUDGE JAMES T. TRIMBLE, JR.

MICHAEL ASTRUE, COMMISSIONER      MAGISTRATE JUDGE JAMES D. KIRK
OF SOCIAL SECURITY

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's decision is REVERSED AND VACATED pursuant to the fourth sentence of Section 405(g).

IT IS FURTHER ORDERED that the case is REMANDED for further proceedings as set forth in the Report and Recommendation.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 36th day of August, 2011.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE