RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BENNIE L. SMITH | CIVIL ACTION 10-0199 |
| VERSUS | DISTRICT JUDGE TRIMBLE |
| COMMISSIONER | MAGISTRATE JUDGE KIRK |

### JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees in the amount of $4,400 payable on her behalf to her attorney, James Spruel, Jr.

Thus done and signed on the 16th day of April 2012.

Hon. James T. Trimble, Jr.
U. S. District Judge