RECEIVED
IN ALEXANDRIA, LA.

OCT 29 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BENNIE L. SMITH | CIVIL ACTION NO. 10-199 |
| VERSUS | JUDGE TRIMBLE |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein,[1] noting the absence of objections thereto, and concurring with the finding of the magistrate judge under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that attorney fees in the amount of $30,458.25, less any award made by the Commissioner under § 406(a), be paid to plaintiff's attorney James Spruel, Jr.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 29th day of October, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 27.